AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

John F. Kelly, Frederick D. Lorenz, Derek M. Melendy,
Mark P. Miller, Gary S. Mottola, Edward W. Neff,
Stephen K. O'Connor, Richard M. Rizza,
Edward J. Sullivan, Kevin F. Walsh
V.

City of Boston

FILED
2004 JUL 20 P 11: 19
U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11511 RGS

TO: (Name and address of Defendant)

Merita Hopkins, Esq.
City of Boston
Boston City Hall
One City Hall Square
Boston, MA 02201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark J. Ventola, Esq.
Sheehan Phinney Bass + Green, PA
260 Franklin St., Suite 1901
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUL 06 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

July 15, 2004

I hereby certify and return that on 7/9/2004 at 8:30:00 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to James Carruso, for City of Boston, at Boston City Hall, One City Hall Square, c/o Merita Hopkins, Esq Boston, MA 02201. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

**Deputy Sheriff   George Slyva**

_____
*Deputy Sheriff*

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.