UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN F. KELLY,
FREDERICK D. LORENZ,
DEREK M. MELENDY, MARK P. MILLER
GARY S. MOTTOLA, EDWARD W. NEFF,
STEPHEN K. O'CONNOR, RICHARD M. RIZZA,
EDWARD J. SULLIVAN, KEVIN F. WALSH,

    Plaintiffs,

v.

CITY OF BOSTON,

    Defendant.

C.A. 04-11511-RGS

## JOINT MOTION OF THE PARTIES

The parties to this matter, Plaintiffs Kelly, Lorenz, Melendy, Miller, Mottola, Neff, O'Connor, Rizza, Sullivan and Walsh ("Plaintiffs") and Defendant City of Boston ("Boston"), hereby jointly move, pursuant to Fed.R.Civ.P. 7 and 16, and L.R.D.Mass. 7.1 and 16.3, for an Order by the Court providing guidelines for instatement of Plaintiffs as Boston firefighters. In support of their Joint Motion, the parties state as follows:

1. Pursuant to their obligations under L.R. D.Mass. 16. 1(C), and the parties' representations to the Court at the Rule 16(b) conference on August 25, 2004, Boston has made a proposal to resolve this litigation.

2. Pursuant to the mandate of Quinn v. City of Boston, 325 F.2d 18 (1st Cir. 2003), and this Court's Order of August 24, 2003, in Quinn v. City of Boston, 279 F.Supp. 2d 51 (D.Mass. 2003), Boston believes its offer of resolution is reasonable.

3. Because one element of Plaintiffs' requested relief, however, is the

opportunity pursuant to civil service law and Boston eligibility requirements to be certified as firefighter candidates, Boston believes any action by Boston on this request first requires a court order.

4. The proposed Order addresses a potential instatement remedy only,[1] and the intent of the parties is that this proposed Order apply to the ten named Plaintiffs only. WHEREFORE the parties respectfully request that the Court grant this Joint Motion and enter an Order consistent with the Proposed Order attached hereto.

JOHN F. KELLY,
FREDERICK D. LORENZ,
DEREK M. MELENDY, MARK P. MILLER,
FARY S. MOTTOLA, EDWARD W. NEFF
STEPHEN K. O'CONNOR, RICHARD M. RIZZA,
By their attorneys,

_____
Mark J. Ventola – BBO#549570
SHEEHAN, PHINNEY, BASS + GREEN
260 Franklin Street
Boston, MA 02110
(617) 897-5630

DATED: 8/27/04

CITY OF BOSTON
MERITA A. HOPKINS
Corporation Counsel
By its attorneys,

_____
Christine M. Roach – BBO #421630
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800

DATED: 8/27/04

## Certificate of Service

I, Christine M. Roach, hereby certify that I have served this Joint Motion on the opposing parties by this hand delivering a copy of same to counsel of record.

DATED: 8/27/04

_____

---

[1] Plaintiffs intend to present to Boston, and Boston intends to consider in good faith, a Fee Petition prior to final resolution of this matter. To the extent the parties cannot agree on same, they may seek further assistance from the Court.

2