UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. KELLY, et al,<br>Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON,<br>Defendant. | Civil Action No. 04-11511-RGS (Lead) |
| THOMAS P. FLAHERTY, et al,<br>Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON,<br>Defendant. | Civil Action No. 03-12125-RGS |
| FRANCIS X. TIERNEY,<br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON,<br>Defendant. | Civil Action No. 04-10518-RGS |

## STATEMENT OF THE "KELLY" PLAINTIFFS CONCERNING THE CITY'S (ASSENTED TO) MOTIONS

Counsel for the "Kelly" Plaintiffs in this matter files this statement in order to clarify two points concerning the recently-filed "assented to" motions by the City and the Response of Plaintiff Tierney.

First, counsel for the "Kelly" Plaintiffs did indeed assent to the City's motion, contrary to the representations contained in the Tierney Response.

Second, during the Rule 16.1 it was made clear to me that the 13 additional Plaintiffs would be added to the case. The only outstanding issue was, if complications arose at a later date, how they would be represented.

Respectfully Submitted,
Plaintiffs,
JOHN F. KELLY, FREDERICK D. LORENZ,
DEREK M. MELENDY, MARK P. MILLER,
GARY S. MOTTOLA, EDWARD W. NEFF,
STEPHEN K. O'CONNOR, RICHARD M. RIZZA,
EDWARD J. SULLIVAN, KEVIN F. WALSH
By Their Attorneys:

SHEEHAN, PHINNEY, BASS + GREEN,
Professional Association

By: _____
Mark Ventola
BBO# 549570
260 Franklin Street
Suite 1901
Boston, MA 02110
(617) 897-5630

Dated: __Sept. 15__, 2004

<u>Certificate of Service</u>

I, Mark J. Ventola, do hereby certify that on this 15th day of Sept., 2004, I served a copy of the foregoing, by first-class mail, upon:

Christine M. Roach, Esq.
Roach & Carpenter, PC
24 School Street
Boston, MA 02108


Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Felton Avenue, Suite 345
Boston, MA 02210-1736


Edward C. Cooley, Esq.
Marina Bay
308 Victory Road
Quincy, MA 02171

_____
Mark J. Ventola