UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN F. KELLY, <br> FREDERICK D. LORENZ, <br> DEREK M. MELENDY, MARK P. MILLER <br> GARY S. MOTTOLA, EDWARD W. NEFF, <br> STEPHEN K. O'CONNOR, RICHARD M. RIZZA, <br> EDWARD J. SULLIVAN, KEVIN F. WALSH, <br> <br>         Plaintiffs, <br> v. <br> <br> CITY OF BOSTON, <br> <br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. 04-11511-RGS |
| THOMAS P. FLAHERTY, JR., <br> KEVIN WILLIAMS, EDWARD FERENT, <br> EDWARD J. WALSH, JR., and <br> RICHARD M. PROIA, <br> <br>         Plaintiffs, <br> v. <br> <br> CITY OF BOSTON, <br> <br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C. A. 03-12125-RGS |
| FRANCIS X. TIERNEY, <br> <br>         Plaintiff, <br> v. <br> <br> CITY OF BOSTON, <br> <br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 04-10518-RGS |

**(ASSENTED TO)**
## MOTION OF CITY OF BOSTON FOR INTERIM ORDER WITH RESPECT TO JOINDER PLAINTIFFS

The Defendant City of Boston ("Boston"), hereby moves, pursuant to Fed.R.Civ.P. 7 and 16, and L.R.D.Mass. 7.1 and 16.3, for an Order by the Court providing guidelines for instatement of the Joinder Plaintiffs[1] herein as Boston firefighters. In support of its Motion, Boston states as follows:

1. Pursuant to the mandate of Quinn v. City of Boston, 325 F.2d 18 (1st Cir. 2003), and this Court's Orders in Quinn v. City of Boston, 279 F.Supp. 2d 51 (D.Mass. 2003) and the instant consolidated cases, Boston has made a proposal to resolve this litigation with respect to the Joinder Plaintiffs.

2. Boston believes its offer of resolution is reasonable, and by execution of a Waiver form, the Joinder Plaintiffs have accepted Boston's offer. See, Joinder Motion at Exhibit C. Because Boston's proposed relief, however, is the opportunity pursuant to civil service law and Boston eligibility requirements for the Joinder Plaintiffs to be certified as firefighter candidates, Boston believes any action by it on this accepted offer first requires a court order.

4. The proposed Order addresses a potential instatement remedy only, and the intent of Boston is that this proposed Order apply to the named Joinder Plaintiffs only.

---

[1] Gerald Fahey, Robert H. Farmer, Christopher Fay, Thomas C. Finn, Mark Foley, Ronald J. Holmes, Dennis M. Kane, David Kirrane, Michael W. Lee, Michael G. Lynch, Edward McKinnon, Thomas McLaughlin, Mark F. O'Connell. See (Assented To) Motion of Defendant City of Boston to Join Additional Plaintiffs Pursuant to Fed.R.Civ.P. 20 ("Joinder Motion") filed today.

2

WHEREFORE Boston respectfully requests that the Court grant this Motion, and enter an Order consistent with the Proposed Order attached hereto.

CITY OF BOSTON
MERITA A. HOPKINS
Corporation Counsel
By its attorneys,
SPECIAL OUTSIDE COUNSEL

Christine M. Roach – BBO #421630
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800

DATED: 9/10/04

L.R.D.Mass. 7.1(A)(1) Certification

I, Christine M. Roach, hereby certify that most recently on August 25, 2004 at the L.R.D.Mass Rule 16.1(B) conference before the Court the named Plaintiffs assented to this Motion by the City. I further certify that the proposed Joinder Plaintiffs have assented to this Motion by the City by virtue of their execution of the Waivers attached to the City's Joinder Motion as Exhibit C.

DATED: 9/10/04

Certificate of Service

I, Christine M. Roach, hereby certify that I have served this Joint Motion on the opposing parties by this mailing regular mail a copy of same to counsel of record, and by mailing certified mail to the Service List of Joinder Plaintiffs attached hereto.

DATED: 9/10/04

3

## SERVICE LIST/JOINDER PLAINTIFFS

Gerald Fahey
9 Cedarcrest Terrace
Roslindale, MA 02132

Robert H. Farmer
95 Whitcomb Avenue
Jamaica Plain, MA 02130

Christopher Fay
914 Dorchester Avenue
Dorchester, MA 02125

Thomas C. Finn
95 Willow Street
West Roxbury, MA 02132

Mark Foley
36 White Oak Road
West Roxbury, MA 02132

Ronald J. Holmes
92 Rockland Street
West Roxbury, MA 02132

Dennis M. Kane
101 Baldwin Street
Charlestown, MA 02129

David Kirrane
41 Colonial Drive
Norton, MA 02766

Michael W. Lee
671 East Fifth Street
South Boston, MA 02127

Michael G. Lynch
43 Pearl Street
Charlestown, MA 02129

4

Edward McKinnon
44 Sullivan Street
Charlestown, MA  02129

Thomas McLaughlin
8 Dawes Street #1
Dorchester, MA  02125

Mark F. O'Connell
63 Hallron Street
Hyde Park, MA  02136