UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. KELLY,  ) | |
| FREDERICK D. LORENZ,  ) | |
| DEREK M. MELENDY, MARK P. MILLER  ) | |
| GARY S. MOTTOLA, EDWARD W. NEFF,  ) | |
| STEPHEN K. O'CONNOR, RICHARD M. RIZZA, ) | |
| EDWARD J. SULLIVAN, KEVIN F. WALSH,  ) | |
|   ) | |
| Plaintiffs,  ) | C.A. 04-11511-RGS |
| v.   ) | |
| CITY OF BOSTON,  ) | |
|   ) | |
| Defendant.  ) | |

CITY OF BOSTON'S EMERGENCY MOTION FOR ORDER CONCERNING
VISION STANDARDS FOR JOINDER PLAINTIFFS FARMER AND FOLEY

Defendant City of Boston ("Boston") hereby respectfully moves, pursuant to L.R.D. Mass. 7.1, and this Court's prior Orders in this matter, for an Order permitting the application to Joinder Plaintiffs Robert H. Farmer ("Farmer") and Mark Foley ("Foley") of the 2002 Vision Standards for fire fighters for purposes of their proposed instatement to the Boston Fire Department. In support of its Motion, Boston states as follows:

1. Joinder Plaintiffs Farmer and Foley, when first considered as candidates to be hired by the Boston Fire Department in October, 2002, passed the vision test requirements of the state-mandated medical examination, based on the vision standards applicable at that time.

2. Farmer and Foley were not reached for hire by Boston in October, 2002 2002 as a result of Boston's continued enforcement of the Beecher decree.

3. Pursuant to the mandate of the United States Court of Appeals for the First Circuit in Quinn v. City of Boston, 325 F.3d 18 (1st Cir. 2003), this Court endorsed an Order dated September 15, 2004, which called for consideration for hire of Farmer and Foley and their fellow Joinder Plaintiffs at the next immediate opportunity to fill vacancies in the firefighter ranks of the Boston Fire Department, contingent upon each plaintiff's satisfaction of the requirements listed therein.

4. Nearly all of the other Joinder Plaintiffs herein have successfully met most of the instatement eligibility requirements set out by the Court, and are scheduled for the PAT (Physical Ability Test) on November 30, 2004, with the hope that they will be hired by Boston for a Fire Department Academy in December, 2004.

5. Farmer and Foley failed the vision examination in November, 2004 pursuant to currently applicable medical standards effective June, 2003. Farmer and Foley passed the vision examination in November, 2004 pursuant to the vision standards applicable prior to June, 2003, that is, those vision standards which were applicable in October, 2002 when they would have been hired as fire fighters but for Boston's enforcement of the Beecher decree.

6. Boston respectfully requests this Court exercise its discretionary equitable power to fashion this appropriate relief for Farmer and Foley, as it did for similarly-situated Plaintiff Conneely. Order in Ahearn v. City of Boston, C.A. No. 03-11579-RGS dated September 2, 2004; Albemarle Paper Co. v. Moody, 422 U.S. 405, 415-15 (1975); Selgas v. American Airlines, Inc., 104 F.3d 9, 12 (1st Cir. 1997); Mass. G.L. Chapter 31, section 21 (HRD may establish physical requirements for civil service positions); Chapter 151B, section 4(16)(physical job requirements shall be functionally related to job and

shall be consistent with safe and lawful performance of job); Dahill v. Boston Police Dept., 434 Mass. 233, 240, 748 N.E. 2d 956, 961 (2001)(public policies in this area balance "deprivations based on prejudice, stereotypes, or unfounded fear, while giving appropriate weight to such legitimate concerns of [employers] as avoiding exposing others to significant health and safety risks").

7.  Boston has represented to Farmer and Foley that Boston will seek this order from the Court, and Farmer and Foley have agreed to same. Due to the exigencies of time, Boston has not spoken with the other Joinder Plaintiffs, all but one of whom has successfully passed the medical examination, nor with counsel for the original named Plaintiffs, who have all successfully passed the medical examination.

WHEREFOR, Boston respectfully requests that this Motion be granted, and that the attached proposed Order issue forthwith, so that Farmer and Foley may take the PAT on November 30, 2004 with their fellow Joinder Plaintiffs.

CITY OF BOSTON
MERITA A. HOPKINS
CORPORATION COUNSEL

SPECIAL OUTSIDE COUNSEL

_____
Christine M. Roach – BBO#421630
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800

DATED: November 22, 2004

## Local Rule 7.1(A) Certificate

I, Christine M. Roach hereby certify that the parties who are the subject of this motion, Joinder Plaintiffs Robert H. Farmer and Mark Foley are not represented by counsel. Accordingly, I spoke with each of them personally by telephone on November 22, 2004 to inform them of Boston's intention to file this Motion. Mr. Farmer and Mr. Foley each consented to the filing of this Motion by Boston.

DATED: November 22, 2004

## Certificate of Service

I, Christine M. Roach, hereby certify that I have served the above pleading on the original Plaintiffs and the Joinder Plaintiffs by this day faxing and mailing a copy of same to counsel of record, and by mailing certified mail, return receipt requested to the Joinder Plaintiffs listed in the attached service list.

DATED: November 22, 2004

4

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. KELLY, FREDERICK D. LORENZ, ) <br> DEREK M. MELNDY, MARK P. MILLER ) <br> GARY S. MOTTOLA, EDWARD W. NEFF ) <br> STEPHEN K. O'CONNOR, RICHARD M. RIZZA ) <br> EDWARD J. SULLIVAN, KEVIN F. WALSH ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON, ) <br> ) <br> Defendant, ) | **C.A. 04-115111-RGS** |
| ) <br> THOMAS P. FLAHERTY, JR. ) <br> KEVIN WILLIAMS, EDWARD FERENT ) <br> EDWARD J. WALSH., & ) <br> RICHARD J. PRORIA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON ) <br> ) <br> Defendant, ) | **C.A. 03-12125-RGS** |
| ) <br> FRANCIS C. TIERNEY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON, ) <br> ) <br> Defendant. ) <br> _____ ) | **C.A. 04-10518-RGS** |

**SERVICE LIST**

| | |
|---|---|
| Gerald Fahey<br>9 Cedarcrest Terrace<br>Roslindale, MA 02132 | Robert H. Farmer<br>95 Whitcomb Avenue<br>Jamaica Plain, MA 02130 |
| Christopher Fay<br>914 Dorchester Avenue<br>Dorchester, MA 02125 | Mark Foley<br>36 White Oak Road<br>West Roxbury, MA 02132 |
| Ronald J. Holmes<br>92 Rockland Street<br>West Roxbury, MA 02132 | Dennis M. Kane<br>101 Baldwin Street<br>Charlestown, MA 02129 |
| David Kirrane<br>41 Colonial Drive<br>Norton, MA 02766 | Michael W. Lee<br>671 East Fifth Street<br>South Boston, MA 02127 |
| Edward McKinnon<br>44 Sullivan Street<br>Charlestown, MA 02129 | Michael G. Lynch<br>43 Pearl Street<br>Charlestown, MA 02129 |
| Thomas McLaughlin<br>8 Dawes Street<br>#1<br>Dorchester, MA 02125 | Mark F. O'Connell<br>63 Hallron Street<br>Hyde Park, MA 02136 |
| Thomas C. Finn<br>95 Willow Street<br>West Roxbury, MA 02132 | |