UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF MASSACHUSETTS OFFICE

2005 FEB 15  A 10: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| JOHN F. KELLY,<br>FREDERICK D. LORENZ,<br>DEREK M. MELENDY, MARK P. MILLER,<br>GARY S. MOTTOLA, EDWARD W. NEFF,<br>STEPHEN K. O'CONNOR,<br>RICHARD M. RIZZA,<br>EDWARD J. SULLIVAN, KEVIN F. WALSH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04-CV-11511-RGS |

## STIPULATION FOR DISMISSAL AS TO PLATNTIFFS JOHN F. KELLY, FREDERICK D. LORENZ, DEREK M. MELENDY, MARK P. MILLER, GARY S. MOTTOLA, EDWARD W. NEFF, STEPHEN K. O'CONNOR, RICHARD M. RIZZA, EDWARD J. SULLIAN AND KEVIN F. WALSH

The parties to the above-referenced action hereby stipulate and agree that the claims brought by the plaintiffs John F. Kelly, Frederick D. Lorenz, Derek M. Melendy, Mark P. Miller, Gary S. Mottola, Edward W. Neff, Stephen K. O'Connor, Richard M. Rizza, Edward J. Sullivan and Kevin F. Walsh shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, subject to this Court's Order dated September 15, 2004 and the parties agreement concerning fees, and with all rights of appeal waived.

Respectfully Submitted,

THE PLAINTIFFS,
By Their Attorneys:

SHEEHAN PHINNEY BASS + GREEN, PA

By: _____
      Mark Ventola
      BBO# 549570
      260 Franklin Street
      Suite 1901
      Boston, MA 02110
      (617) 897-5630

Respectfully Submitted,

CITY OF BOSTON
By Its Attorneys:

ROACH & CARPENTER, P.C.

By: _____
      Christine M. Roach, Esq.
      BBO# 421630
      24 School Street
      Boston, MA 02108
      (617) 720-1800

CITY OF BOSTON
By Its Attorneys:

By: _____
      Susan M. Weise, Chief of Litigation
      BBO# 545455
      City of Boston Law Department
      City Hall – Room 615
      Boston, MA 02201
      (617) 635-4034

Dated: _____, 2005