UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. KELLY,<br>FREDERICK D. LORENZ,<br>DEREK M. MELENDY, MARK P. MILLER<br>GARY S. MOTTOLA, EDWARD W. NEFF,<br>STEPHEN K. O'CONNOR, RICHARD M. RIZZA,<br>EDWARD J. SULLIVAN, KEVIN F. WALSH,<br><br>                    Plaintiffs,<br>v.<br><br>CITY OF BOSTON,<br><br>                    Defendant. | C.A. 04-11511-RGS |
| THOMAS P. FLAHERTY, JR.,<br>KEVIN WILLIAMS, EDWARD FERENT,<br>EDWARD J. WALSH, JR., and<br>RICHARD M. PROIA,<br><br>                    Plaintiffs,<br>v.<br><br><br>CITY OF BOSTON,<br><br>                    Defendant. | C. A. 03-12125-RGS |

MOTION OF CITY OF BOSTON FOR DISMISSAL WITH PREJUDICE
OF THIRTEEN JOINDER PLAINTIFFS

The Defendant City of Boston ("Boston"), hereby moves, pursuant to

Fed.R.Civ.P. 7 and 41(b), and L.R.D.Mass. 7.1, for an Order of the Court dismissing all

thirteen remaining plaintiffs, a/k/a the Joinder Plaintiffs,[1] from this action with prejudice. In support of its Motion, Boston states as follows:

1.  Pursuant to the mandate of Quinn v. City of Boston, 325 F.2d 18 (1st Cir. 2003), and this Court's Orders in Quinn v. City of Boston, 279 F.Supp. 2d 51 (D.Mass. 2003) and the instant consolidated cases, Boston made a proposal to resolve this litigation with respect to the Joinder Plaintiffs.

2.  By way of a form letter proposal from Corporation Counsel mailed certified mail and dated June 14, 2004, the City offered to seek an instatement remedy for these individuals in exchange for a waiver of any claims and other remedies they might possess, or believe they possessed, pursuant to the Quinn decision. See sample letter at Exhibit A hereto.

3.  By execution of a Waiver form, each of the thirteen Joinder Plaintiffs accepted Boston's Offer, and asked the City to petition the Court on their behalf for this relief.

4.  By Order dated September 15, 2004, this Court allowed Boston's proposed relief, to wit that the Joinder Plaintiffs be considered for hire by Boston at the next immediate opportunity to fill vacancies in the firefighter ranks of the Boston Fire Department.

5.  Boston has performed this proposed relief consistent with the Court's Order as follows:

   a.  Each of the Joinder Plaintiffs was granted the opportunity to be considered

---

[1] Gerald Fahey, Robert H. Farmer, Christopher Fay, Thomas C. Finn, Mark Foley, Ronald J. Holmes, Dennis M. Kane, David Kirrane, Michael W. Lee, Michael G. Lynch, Edward McKinnon, Thomas McLaughlin, Mark F. O'Connell. See (Assented To) Motion of Defendant City of Boston to Join Additional Plaintiffs Pursuant to Fed.R.Civ.P. 20, filed September 10, 2004.

2

for hire as a Boston firefighter during the period September, 2004 through November, 2004.

    b.    Each Joinder Plaintiff who responded to Boston's instatement correspondence and successfully met the eligibility requirements, pursuant to Paragraph 2 of the Court's Order, was accepted for hire, and has attended Fire Academy training beginning December 8, 2004, pursuant to Paragraph 4 of the Court's Order.

    c.    The Boston Fire Department has coded each of the hired Joinder Plaintiffs to be deemed for retirement purposes to have begun his employment as if he had been appointed with the successful candidates in the October, 2002 class of new firefighters, and at the step level he would have achieved in the normal course of employment from that date, pursuant to Paragraph 3 of the Court's Order.

    6.    Boston respectfully discloses to the Court that two of the thirteen Joinder Plaintiffs failed the medical examination,[2] one of the Joinder Plaintiffs failed the state-mandated Physical Ability Exam ("PAT"),[3] one of the Joinder Plaintiffs withdrew from the process,[4] and one did not respond to Boston following the Court's Order.[5] However, pursuant to their waivers filed with the Court originally in September, 2004, and attached again as Exhibit B hereto, these five candidates, having been offered the opportunity of instatement, may no longer pursue Quinn claims against the City, and therefore may also be dismissed from this action.

---

[2]    Thomas McLaughlin and Mark F. O'Connell.
[3]    Thomas C. Finn.
[4]    Gerald Fahey.
[5]    Michael Lee.

WHEREFORE, Boston requests that its Motion be granted, and that the thirteen Joinder Plaintiffs be dismissed from this action.

### VERIFICATION

I, Paul A. Christian, Commissioner of the City of Boston Fire Department hereby certify that I have read the contents of this Motion, that I have exercised due diligence in reviewing the factual statements contained herein, and that to the best of my knowledge and belief the factual information contained herein with respect to the thirteen named individuals is true and correct.

Signed under the pains and penalties of perjury this __2__ day of _MARCH_, 2005.

*[signature: Paul A. Christian, Fire Commissioner, Chief of Department, Boston Fire Department]*

CITY OF BOSTON
MERITA A. HOPKINS
Corporation Counsel
By its attorneys,
SPECIAL OUTSIDE COUNSEL

*[signature]*
Christine M. Roach — BBO #421630
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800

DATED: ~~February~~ March 7, 2005

### Certificate of Service

I, Christine M. Roach, hereby certify that I have served this Motion on the opposing parties by mailing a copy of same certified mail to the Service List of Joinder Plaintiffs attached hereto.

DATED: ~~February~~ March 7, 2005

*[signature]*

4

## **SERVICE LIST/JOINDER PLAINTIFFS**

Gerald Fahey
9 Cedarcrest Terrace
Roslindale, MA  02132

Robert H. Farmer
95 Whitcomb Avenue
Jamaica Plain, MA  02130

Christopher Fay
914 Dorchester Avenue
Dorchester, MA  02125

Thomas C. Finn
95 Willow Street
West Roxbury, MA  02132

Mark Foley
36 White Oak Road
West Roxbury, MA  02132

Ronald J. Holmes
92 Rockland Street
West Roxbury, MA  02132

Dennis M. Kane
101 Baldwin Street
Charlestown, MA  02129

David Kirrane
41 Colonial Drive
Norton, MA  02766

Michael W. Lee
671 East Fifth Street
South Boston, MA  02127

Michael G. Lynch
43 Pearl Street
Charlestown, MA  02129

Edward McKinnon
44 Sullivan Street
Charlestown, MA 02129

Thomas McLaughlin
8 Dawes Street #1
Dorchester, MA 02125

Mark F. O'Connell
63 Hallron Street
Hyde Park, MA 02136

5