

# CITY OF BOSTON
# LAW DEPARTMENT
City Hall, Room 615
Boston, MA 02201

THOMAS M. MENINO
*Mayor*

MERITA A. HOPKINS
*Corporation Counsel*

June 14, 2004

Edward McKinnon
44 Sullivan Street
Charlestown, MA 02129

Dear Mr. McKinnon:

The City of Boston will be hiring a class of firefighter recruits sometime later this year. Pursuant to recent court cases, the City of Boston is offering to petition the court for your placement in this class with the understanding that you received a score of 99 on the 2000 Civil Service Exam for the position of a City of Boston firefighter. We believe that a court order will be necessary in order to appoint any candidate from the expired 2000 exam list because the list expired and subsequent exams were given.

The City of Boston is willing to petition the Federal District Court for the District of Massachusetts on your behalf for appointment to the next Boston Fire Department Academy class. Providing you are still interested in a position as a City of Boston firefighter and are able to currently fulfill all the instatement requirements you may be placed in the next class. Your salary will commence upon appointment at a level in grade and step that will reflect the same salary as firefighters appointed in the class of October 2002. Additionally, benefits and seniority rights will be retroactive to October 2002, excluding promotion opportunities. You must meet all instatement eligibility requirements applicable to all candidates including (a) passing the Department medical exam; (b) passing a background check and drug test; (c) passing the Physical Agility Test; (d) compliance with the City of Boston residency requirement; and (e) successful completion with the City of Boston's Fire Academy. Age shall not be considered in determining your eligibility for a firefighter position.

In consideration for the City of Boston including you in the petition to the Court, you must waive any and all other rights that you may have against the City of Boston arising out of the decision in *Quinn et al v City of Boston et al*, 325 F.3d 18 (1st Cir. 2003), and the City of Boston must be in receipt of your signed agreement and waiver by July 14, 2004.

Please sign the enclosed form and return it to Atty. Susan Weise at the City of Boston Law Department, Room 615/City Hall, Boston, MA 02201. If you have any questions about this process please contact Susan Weise at (617) 635-4040.

Sincerely,

Merita A. Hopkins
Corporation Counsel