Waiver

I HEREBY REQUEST that the City of Boston include my name on a petition to the Federal District Court for the District of Massachusetts seeking an order that I be placed on the list of potential candidates for the next City of Boston Fire Department Academy class. I understand my salary and benefits will commence upon appointment at a level in grade and step that will reflect the same salary and benefits as firefighters appointed in the class of October 2002, excluding promotional opportunities.

By affixing my signature below, I agree to waive any and all other claims I may have against the City of Boston arising out of the decision in *Quinn et al v City of Boston et al* 325 F.3d 18 (1st Cir. 2003). I also agree and understand that in order to become a City of Boston firefighter I must meet all statutory eligibility requirements applicable to any candidate including: (a) passing the Departmental medical examination; (b) passing a background check and drug test; (c) passing the Physical Agility Test; (d) compliance with the City of Boston's residency requirement; and (e) successful completion of Boston Academy training. Age shall not be considered in determining the plaintiffs' eligibility for firefighter positions.

In consideration for the City of Boston including me in the petition to the Court and upon its endorsement by the Court, I hereby remise, release and discharge the City of Boston, its officers, department agents, representatives and assigns, of and from all debts, demands, and liabilities, whatsoever, in law and equity, which may be against the City of Boston, its successors and assigns, that I have or my successors and assigns, now have or ever had from the beginning of the world to the present.

I acknowledge that in executing this waiver that I have been given the opportunity to consult with counsel, have twenty-one (21) days in which to consider this waiver, and that I have the right to revoke this waiver within seven (7) days of the date of my signature

_____
Signature

Thomas McLoughlin Jr
Printed Name

7/11/04
Date

Waiver

I HEREBY REQUEST that the City of Boston include my name on a petition to the Federal District Court for the District of Massachusetts seeking an order that I be placed on the list of potential candidates for the next City of Boston Fire Department Academy class. I understand my salary and benefits will commence upon appointment at a level in grade and step that will reflect the same salary and benefits as firefighters appointed in the class of October 2002, excluding promotional opportunities.

By affixing my signature below, I agree to waive any and all other claims I may have against the City of Boston arising out of the decision in *Quinn et al v City of Boston et al* 325 F.3d 18 (1st Cir. 2003). I also agree and understand that in order to become a City of Boston firefighter I must meet all instatement eligibility requirements applicable to any candidate including: (a) passing the Departmental medical examination; (b) passing a background check and drug test; (c) passing the Physical Agility Test; (d) compliance with the City of Boston's residency requirement; and (e) successful completion of Boston Academy training. Age shall not be considered in determining the plaintiffs' eligibility for firefighter positions.

In consideration for the City of Boston including me in the petition to the Court and upon its endorsement by the Court, I hereby remise, release and discharge the City of Boston, its officers, department agents, representatives and assigns, of and from all debts, demands, and liabilities, whatsoever, in law and equity, which may lie against the City of Boston, its successors and assigns, that I have or my successors and assigns, now have or ever had from the beginning of the world to the present.

I acknowledge that in executing this waiver that I have been given the opportunity to consult with counsel, have twenty-one (21) days in which to consider this waiver, and that I have the right to revoke this waiver within seven (7) days of the date of my signature

_Mark F. O'Connell_
Signature

_MARK F. O'CONNELL_
Printed Name

_7/15/04_
Date

## Waiver

I HEREBY REQUEST that the City of Boston include my name on a petition to the Federal District Court for the District of Massachusetts seeking an order that I be placed on the list of potential candidates for the next City of Boston Fire Department Academy class. I understand my salary and benefits will commence upon appointment at a level in grade and step that will reflect the same salary and benefits as firefighters appointed in the class of October 2002, excluding promotional opportunities.

By affixing my signature below, I agree to waive any and all other claims I may have against the City of Boston arising out of the decision in *Quinn et al v City of Boston et al* 325 F.3d 18 (1st Cir. 2003). I also agree and understand that in order to become a City of Boston firefighter I must meet all instatement eligibility requirements applicable to any candidate including: (a) passing the Departmental medical examination; (b) passing a background check and drug test; (c) passing the Physical Agility Test; (d) compliance with the City of Boston's residency requirement; and (e) successful completion of Boston Academy training. Age shall not be considered in determining the plaintiffs' eligibility for firefighter positions.

In consideration for the City of Boston including me in the petition to the Court and upon its endorsement by the Court, I hereby remise, release and discharge the City of Boston, its officers, department agents, representatives and assigns, of and from all debts, demands, and liabilities, whatsoever, in law and equity, which may lie against the City of Boston, its successors and assigns, that I have or my successors and assigns, now have or ever had from the beginning of the world to the present.

I acknowledge that in executing this waiver that I have been given the opportunity to consult with counsel, have twenty-one (21) days in which to consider this waiver, and that I have the right to revoke this waiver within seven (7) days of the date of my signature

_____
Signature

THOMAS C. FINN
Printed Name

7.8.04
Date

Waiver

I HEREBY REQUEST that the City of Boston include my name on a petition to the Federal District Court for the District of Massachusetts seeking an order that I be placed on the list of potential candidates for the next City of Boston Fire Department Academy class. I understand my salary and benefits will commence upon appointment at a level in grade and step that will reflect the same salary and benefits as firefighters appointed in the class of October 2002, excluding promotional opportunities.

By affixing my signature below, I agree to waive any and all other claims I may have against the City of Boston arising out of the decision in *Quinn et al v City of Boston et al* 325 F.3d 18 (1st Cir. 2003). I also agree and understand that in order to become a City of Boston firefighter I must meet all instatement eligibility requirements applicable to any candidate including: (a) passing the Departmental medical examination; (b) passing a background check and drug test; (c) passing the Physical Agility Test; (d) compliance with the City of Boston's residency requirement; and (e) successful completion of Boston Academy training. Age shall not be considered in determining the plaintiffs' eligibility for firefighter positions.

In consideration for the City of Boston including me in the petition to the Court and upon its endorsement by the Court, I hereby remise, release and discharge the City of Boston, its officers, department agents, representatives and assigns, of and from all debts, demands, and liabilities, whatsoever, in law and equity, which may lie against the City of Boston, its successors and assigns, that I have or my successors and assigns, now have or ever had from the beginning of the world to the present.

I acknowledge that in executing this waiver that I have been given the opportunity to consult with counsel, have twenty-one (21) days in which to consider this waiver, and that I have the right to revoke this waiver within seven (7) days of the date of my signature

_____
Signature *[signed: Gerald Fahey]*

_____
Printed Name *[Gerald Fahey]*

_____
Date

Waiver

I HEREBY REQUEST that the City of Boston include my name on a petition to the Federal District Court for the District of Massachusetts seeking an order that I be placed on the list of potential candidates for the next City of Boston Fire Department Academy class. I understand my salary and benefits will commence upon appointment at a level in grade and step that will reflect the same salary and benefits as firefighters appointed in the class of October 2002, excluding promotional opportunities.

By affixing my signature below, I agree to waive any and all other claims I may have against the City of Boston arising out of the decision in *Quinn et al v City of Boston et al* 325 F.3d 18 (1st Cir. 2003). I also agree and understand that in order to become a City of Boston firefighter I must meet all instatement eligibility requirements applicable to any candidate including: (a) passing the Departmental medical examination; (b) passing a background check and drug test; (c) passing the Physical Agility Test; (d) compliance with the City of Boston's residency requirement; and (e) successful completion of Boston Academy training. Age shall not be considered in determining the plaintiffs' eligibility for firefighter positions.

In consideration for the City of Boston including me in the petition to the Court and upon its endorsement by the Court, I hereby remise, release and discharge the City of Boston, its officers, department agents, representatives and assigns, of and from all debts, demands, and liabilities, whatsoever, in law and equity, which may lie against the City of Boston, its successors and assigns, that I have or my successors and assigns, now have or ever had from the beginning of the world to the present.

I acknowledge that in executing this waiver that I have been given the opportunity to consult with counsel, have twenty-one (21) days in which to consider this waiver, and that I have the right to revoke this waiver within seven (7) days of the date of my signature

_____
Signature

MICHAEL LEE
Printed Name

7/6/04
Date